# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTOPHER BRIAN SANDS, | : |
| Plaintiff, | : |
| v. | : Civ. No. 19-2275-CFC |
| WARDEN DANA METZGER, et al., | : |
| Defendants. | : |

## ORDER

At Wilmington, this Fourth day of May 2021, consistent with the Memorandum Opinion issued this date,

IT IS HEREBY ORDERED that:

1. The Fourteenth Amendment and the First Amendment Establishment Clause claims and Defendants Stacey Hollis and Gus Christo and the claims against them are DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and § 1915A(b)(1).

2. Plaintiff has alleged what appear to be cognizable and non-frivolous First Amendment Free Exercise and Religious Land Use & Institutionalized Persons Act claims against Defendants Warden Dana Metzger and Captain Dotson.

IT IS FURTHER ORDERED that:

1. The Clerk of Court shall notify the Delaware Department of Correction ("DDOC") and the Delaware Department of Justice ("DDOJ") of this service order. As an attachment to this order, the Clerk of Court shall serve an electronic copy of the Complaint (D.I. 3), the Amended Complaint (D.I. 12), and the May 12, 2020 memorandum opinion and order (D.I. 8, 9) upon the DOC and the DDOJ. The Court

requests that Defendants Warden Dana Metzger and Captain Dotson waive service of summons.

2. The DDOC and/or the DDOJ shall have ninety (90) days from entry of this service order to file a waiver of service executed and/or a waiver of service unexecuted. Upon the electronic filing of service executed, defendant shall have sixty (60) days to answer or otherwise respond to the pro se complaint.

3. In those cases where a waiver of service unexecuted is filed, the DDOC and/or DDOJ shall have ten (10) days from the filing of the waiver of service unexecuted, to supply the Clerk of Court with the last known forwarding addresses for former employees, said addresses to be placed under seal and used only for the purpose of attempting to effect service in the traditional manner.

_____
UNITED STATES DISTRICT JUDGE